IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03198-LTB

CURT ALLEN SIGLER,

    Plaintiff,

v.

COOPER, TANIS AND COHEN, P.C.,
H. PATRICK FURMAN, Esq.,
DALE HAMMELL (Broomfield Colorado Police Department),
DON QUICK (17th Judicial District Colorado),
THOMAS ENSOR,
THEODORE SHIH,
CITY AND COUNTY OF BROOMFIELD COLORADO (a body politic and corporate),
    and
STATE OF COLORADO (a body politic and corporate),

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 4, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 4 day of February, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Grimm
            Deputy Clerk